UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SINGH,<br><br>    Petitioner<br><br>    v.<br><br>JAMES ROBERTSON, Warden, et al.,<br><br>    Respondents. | Case No. CV 21-9379-MWF (ADS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Document No. 1), the Report and Recommendation of the United States Magistrate Judge recommending the Petition be denied ("Report," Docket No. 18), the Objections to the Report (Docket No. 19), and the other relevant records on file.  The Court has conducted a *de novo* review of the portions of the Report to which the Objections are directed — essentially to the Report's analysis of the state appellate court's opinion under highly deferential AEDPA review (*id*. at 2-3).  *See Cullen v. Pinholster*, 563 U.S. 170, 181 (2011) (AEDPA imposes a "'difficult to meet' and 'highly deferential' standard for evaluating state-court rulings, which demands that state-court decisions be given the benefit of the doubt." (internal citations omitted)). However, the Objections merely repeat Petitioner's argument in the Petition that was adequately discussed and rejected in the Report.  (Docket No. 1 at 32-34; Docket

No. 18 at 6-13; Docket No. 19 at 2-3). For the reasons stated in the Report, Petitioner has failed to overcome AEDPA's "formidable barrier" to relief. *See Burt v. Titlow*, 571 U.S. 12, 19 (2013) (AEDPA presents "a formidable barrier to federal habeas relief for prisoners whose claims have been adjudicated in state court"); *United States v. Ramos*, 65 F.4th 427, 434 (9th Cir. 2023) ("the district court ha[s] no obligation to provide individualized analysis of each objection").

Finally, for the reasons stated in the Report and this Order, a certificate of appealability ("COA") is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

**IT IS THEREFORE ORDERED** that:

(1) the Report is **ACCEPTED**;

(2) the Petition and a COA are **DENIED**;

(3) Judgment be entered **DISMISSING** this action with prejudice.

Dated: June 24, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge