JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SINGH,<br><br>　　　　Petitioner<br><br>　　　v.<br><br>JAMES ROBERTSON, Warden, et al.,<br><br>　　　　Respondents. | Case No. CV 21-9379-MWF (ADS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is **DENIED** and this action is **DISMISSED** with prejudice, and a Certificate of Appealability is **DENIED**.

Dated: June 24, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge